**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**RICHARD TEJEDOR**                                                            **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO.1:05CV679 LTS-RHW**

**PHIL HARVEY and**
**STATE FARM FIRE AND CASUALTY COMPANY**            **DEFENDANTS**

### ORDER DENYING MOTIONS AS MOOT

The parties have informed the Court that this case has been compromised and settled. The motions [30] [33] [61] [65] [82] pending at the time of the settlement are now moot.

Accordingly, it is

**ORDERED**

That the motion [30] of State Farm Fire and Casualty Company for Summary Judgment is hereby **DENIED AS MOOT**;

That the motion [33] of State Farm Fire and Casualty Company for a Change of Venue is hereby **DENIED AS MOOT**;

That the motion [61] of State Farm Fire and Casualty Company for an Evidentiary Hearing on its Motion for Change of Venue is hereby **DENIED AS MOOT**;

That the motion [65] of Richard Tejedor To Strike the Affidavit and Declarations of Edward J. Bronson is hereby **DENIED AS MOOT**; and

That the motion [82] of State Farm Fire and Casualty Company for Leave To File Court Records Under Seal is hereby **DENIED AS MOOT**.

**SO ORDERED** this 6th day of February, 2007.

                                                         s/ L. T. Senter, Jr.
                                                         L. T. Senter, Jr.
                                                         Senior Judge